An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GREGORY JAMES BENNETT,<br>Appellant,<br>vs.<br>WARDENS JACK PALMER; AND LISA WALSH,<br>Respondents. | No. 62185 |

**FILED**

JUN 1 1 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _Anderson_
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

Appellant's motion to voluntarily dismiss this appeal is granted. Accordingly, this appeal is hereby dismissed, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

_____, J.
Gibbons

_____, J.          _____, J.
Douglas                                          Saitta

cc:    Hon. James E. Wilson, District Judge
       Gregory James Bennett
       Attorney General/Carson City
       Carson City Clerk

13-17008